STATE EX REL. FREDERICK D. STANTON v. ST. PAUL FIRE
DEPARTMENT RELIEF ASSOCIATION.[1]

November 30, 1928.

No. 26,974.

**Case followed.**
    On authority of the Williams case, an inspector of buildings who is
    exposed to the hazards of a fireman is entitled to membership in the
    fire relief association of the St. Paul fire department.    [Reporter]

St. Paul Fire Department Relief Association appealed from a
judgment of mandamus of the district court for Ramsey county,
Bechhoefer, J. directing it to accept relator's application for mem-
bership therein. Affirmed, following State ex rel. Williams v. St.
Paul F. D. Relief Assn. 175 Minn. 600, 222 N. W. 283.

*Arthur A. Stewart* and *Eugene M. O'Neill,* for appellant (respond-
ent below).

*O'Brien, Horn & Stringer,* for respondent (relator below).

PER CURIAM.

Respondent appealed from a judgment directing the issuance of a
writ of mandamus requiring it to receive the relator into member-
ship.

The relator serves in the "Fire Prevention Service" in the city of
St. Paul. His duties require him to inspect buildings for the pur-
pose of preventing fires and also to inspect and examine buildings
in which fires have occurred (frequently before the fire has been
extinguished) for the purpose of ascertaining the cause or origin
of such fires. His duties require technical knowledge. He is re-
quired to obey orders of the fire chief and comply with the rules
of the fire department and to be present at fires and take such part
in fighting fires as he may be ordered to do. He is exposed to the

[1]Reported in 222 N. W. 284.

hazards of a fireman. With the exception of this statement, relator is in substantially the same situation in reference to respondent as was the relator in State ex rel. Williams v. St. Paul F. D. Relief Assn. 175 Minn. 600, 222 N. W. 283, and upon authority of that case the judgment herein is affirmed.

STONE and HILTON, JJ. took no part.